09-2546-cv(L); 09-2696-cv(XAP)
*Cascades Boxboard Group CT LLC v. United Steelworkers USW*

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of March, two thousand and ten.

PRESENT: PIERRE N. LEVAL,
ROBERT D. SACK,
RICHARD C. WESLEY,
*Circuit Judges.*

------------------------------------------------

CASCADES BOXBOARD GROUP CT LLC,

*Plaintiff-Appellant-Cross-Appellee,*

-v.-                    09-2546-cv(L); 09-2696-cv(XAP)

UNITED STEEL WORKERS USW, LOCAL 1840, UNITED STEEL WORKERS, AFL-CIO, CLC,

*Defendants-Appellees-Cross-Appellants.*

------------------------------------------------

FOR APPELLANT:    LINDA L. MORKAN (Richard F. Vitarelli and Nicole A. Bernabo, *on the brief*), Robinson & Cole LLP, Hartford, CT.

FOR APPELLEE:          THOMAS W. MEIKLEJOHN, Livingston, Adler,
                       Pulda, Meiklejohn & Kelly, P.C.,
                       Hartford, CT.

     Appeal from the United States District Court for the District of Connecticut (Eginton, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of said district court be **AFFIRMED.**

     Appellant Cascades Boxboard Group CT, LLC, appeals from a judgment of the United States District Court for the District of Connecticut (Eginton, *J.*), which confirmed an arbitration award in favor of Appellee United Steel Workers, Local 1840, and United Steelworkers, AFL-CIO, CLC.  We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

     Reviewing under the highly deferential standard required for arbitration awards, *see Major League Baseball Players Ass'n v. Garvey*, 532 U.S. 504, 509 (2001), we conclude the district court did not err in confirming the award.  Nor did the court err in declining to award fees.

     For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED.**

                                   FOR THE COURT:
                                   Catherine O'Hagan Wolfe, Clerk